IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-2182-AP**

**DAWN HART,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

# ORDER

Kane, J.

The Unopposed Motion by Defendant to Remand (doc. #6), filed December 26, 2007,

is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings

pursuant to sentence six of 42 U.S.C. § 405(g).

Dated:  January 3, 2008.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT