IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2182-AP**

**DAWN HART,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

Defendant's Motion to Reinstate Plaintiff's Complaint and Resume Judicial Review (doc. #8), filed October 27, 2008, is GRANTED over plaintiff's objection.

This civil action is REOPENED for further proceedings.

Dated: October 28, 2008.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT