IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2182-AP

DAWN HART,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

# JOINT CASE MANAGEMENT PLAN
# FOR SOCIAL SECURITY CASES

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Gregory A. Hall
P.O. Box 202922
Denver, Colorado 80220
303-320-0584
Gregory@federalLaw.com
Attorney for Plaintiff

For Defendant:
TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
303-454-0184
kevin.traskos@usdoj.gov

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Ste. 1001A
Denver, CO 80294
303-844-0815
Stephanie.fishkin.kiley@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** October 17, 2007

**B. Date Complaint Was Served on U.S. Attorney's Office:** October 24, 2007

**C. Date Answer and Administrative Record Were Filed:** October 29, 2008

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Defendant states that to the best of its knowledge, state that the administrative record is complete and accurate. Plaintiff has no knowledge about the adequacy of the record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff has new evidence in the form of a supplemental report from neurologist Lynn Parry, M.D. Defendant has no new evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

**A. Plaintiffs Opening Brief Due:** January 16, 2009

**B. Defendant's Response Brief Due:** February 13, 2009

**C. Plaintiffs Reply Brief (If Any) Due:** March 6, 2009

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

    Plaintiff requests oral argument.

**B. Defendant's Statement:**

    Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    The parties do not consent to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 18th day of November, 2008.

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| s/Gregory Hall<br><br>Gregory A. Hall<br>P.O. Box 202922<br>Denver, Colorado 80220-8922<br>303-320-0584<br>E-mail: Gregory@federalLaw.com<br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By: s/Stephanie Lynn F. Kiley<br>    Stephanie Lynn F. Kiley<br>    Special Assistant United States Attorney<br>    1961 Stout Street, Suite 1001A<br>    Denver, Colorado 80294<br>    Telephone: (303) 844-0815<br>    Stephanie.Fishkin.Kiley@ssa.gov<br>    Attorneys for Defendant. |
|---|---|