**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-02182-CMA

DAWN HART,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING AWARD OF REASONABLE ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

---

This matter is before the Court on Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. # 25) and the Defendant's response, entitled "Stipulation for Attorney Fees Under the Equal Access to Justice Act" (Doc. # 26). Having reviewed these documents, the case file and Order (Doc. # 23) and Judgment (Doc. # 24), the Court hereby

ORDERS that Plaintiff's Motion for Attorney's Fees is GRANTED in accordance with the parties' Stipulation for Attorney Fees. Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff's counsel, Gregory Hall, is awarded reasonable attorney fees in the amount of $6,000.00.

    DATED:  October __6__ , 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge